UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATOMA, INC., a California corporation, dba Atelier Aucoin Salon, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; XAVIER BECERRA, in his official capacity as the Attorney General of California; and KRISTY UNDERWOOD, in her official capacity as Executive Officer of the State Board of Barbering and Cosmetology,<br><br>Defendants. | Case No.: 3:21-cv-00098-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE**<br><br>[ECF No. 7] |

The Court, having considered the parties' Joint Motion to Modify the Briefing Schedule, and good cause appearing, orders as follows:

1. The parties' Joint Motion is **GRANTED**.
2. Plaintiff shall file its response to the motion to dismiss by April 12, 2021.
3. Defendants shall file any reply in support of the motion by April 26, 2021.
4. The hearing on the motion to dismiss is continued until May 3, 2021.

**IT IS SO ORDERED.**

Dated: March 10, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge