UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATOMA, INC., a California corporation, dba Atelier Aucoin Salon, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; XAVIER BECERRA, in his official capacity as the Attorney General of California; and KRISTY UNDERWOOD, in her official capacity as Executive Officer of the State Board of Barbering and Cosmetology,<br><br>Defendants. | Case No.: 3:21-cv-00098-BEN-JLB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE A FIRST AMENDED COMPLAINT**<br><br>[ECF No. 9] |

This matter comes before the Court on Plaintiff Tatoma, Inc.'s Unopposed Motion to File a First Amended Complaint. ECF No. 9. The Court, having considered the motion and applicable law, orders as follows:

1. The motion is **GRANTED**.

2. Plaintiff shall file its First Amended Complaint by April 9, 2021.

**IT IS SO ORDERED.**

Dated: April 6, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge