

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tatoma, Inc., a California Corporation, on behalf of itself and all others similarly situated doing business as Atelier Aucoin Salon; (see attachment)<br><br>**Plaintiff,**<br><br>V.<br><br>Gavin Newsom, in his official capacity as the Governor of California; (see attachment)<br><br>**Defendant.** | Civil Action No. 21-cv-00098-BEN-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motions to dismiss are granted.

Date:   3/8/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Petersen

J. Petersen, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.  21CV0098-BEN-JLB

Tatoma, Inc., a California Corporation, on behalf of itself
and all others similarly situated doing business as Atelier
Aucoin Salon; Thomas L. Aucoin, a resident of San Diego
County;

_____
                Plaintiffs,


                V.

Gavin Newsom,, in his official capacity as the Governor of
California; Xavier Becerra, in his official capacity as the Attorney
General of California; Kristy Underwood, in her official capacity
as Executive Officer of the State Board of Barbering and Cosmetology;
Kevin Faulconer, in his official capacity as Mayor of San Diego;
Wilma J. Wooten, M.D.; Helen N. Robbins-Meyer, in her official
capacity as the Chief Administrative Officer for the County of San Diego;
David Nisleit, in his official capacity as the Chief of Police for the City
of San Diego; William Gore, in his official capacity as the Sheriff of San
Diego County; County of San Diego; City of San Diego; Does Defendants,
1-100; Rob Bonta; Todd Gloria, in his official capacity as Mayor of San Diego

_____
                Defendants